**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Gilbert ROSALES, Jr., Defendant–Appellant.**

**No. 06–41488
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 7, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Charles W. Cromwell, pro se.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Gilbert Rosales, Jr. appeals his sentence because of the court's finding that he played a major role in the conspiracy and consequent enhancement of his offense level. But Rosales agreed to his guilt and waived the right to appeal unless the sentence imposed exceeded the statutory maximum or upwardly departed from the guidelines. He makes no claim attacking his agreement and his sentence does not fall within the exception to his appeal waiv-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

er. The Government urges enforcement of the waiver, and that must be the judgment.

AFFIRMED.